IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KENNETH JOHNSON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FULTON COUNTY, GEORGIA and RUBY HARDY**<br><br>**Defendants.** | **CIVIL ACTION FILE NO.:**<br>**1:14-cv-03921-AT-WEJ** |

## AMENDED CERTIFICATE SERVICE

THIS IS TO CERTIFY that on the 5th day of October, 2017, I served "**DEFENDANTS' NOTICE OF FILING OF REMOVAL**" upon opposing by counsel electronic mail; and, on the 6th day of October, 2017, by depositing a copy of the same in the United States Mail with adequate postage affixed thereon and addressed to:

>Danielle Warlick
>2221 Peachtree Road, Suite D-317
>Atlanta, GA 30309

>*/s/ Dominique A. Martinez*
>Dominique A. Martinez
>Georgia Bar No. 430323
>Dominique.martinez@fultoncountyga.gov